

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
#### JUDGMENT

Homero De Hoyos and
Lucia De Hoyos,

\* From the 104th District Court
   of Taylor County,
   Trial Court No. 25237-B.

Vs. No. 11-14-00247-CV

\* August 31, 2016

Ryan Trowbridge,

\* Memorandum Opinion by Bailey, J.
   (Panel consists of: Wright, C.J.,
   Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court and remand the cause for a new trial. The costs incurred by reason of this appeal are taxed against Ryan Trowbridge.